```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHRISTOPHER BOLT,
                          Petitioner,
                                                      ORDER
         v.
                                                    07-C-595-S
                                                    00-CR-05-S
UNITED STATES OF AMERICA,

                          Respondent.
_____
```

Petitioner moved to vacate his sentence under 28 U.S.C. § 2255 because he was not being provided medical treatment. The United States responded on November 25, 2007. Petitioner's reply was to be filed not later than December 26, 2007 and has not been filed to date.

Petitioner's allegations that he is not receiving medical treatment are not cognizable claims under 28 U.S.C. §2255. See Borre v. United States, 940 F.2d 215, 217 (7th Cir. 1991). Accordingly, his motion under 28 U.S.C. §2255 will be denied.

In Case No. 07-C-591-S petitioner pursued his denial of medical treatment in a petition for writ of habeas corpus. The petition was dismissed on December 19, 2007 as moot because petitioner received the placement in a Federal Medical Center that he sought.

Petitioner is advised that in any future proceedings in this matter he must offer argument not cumulative of that already

provided to undermine this Court's conclusion that his motion must be dismissed. See Newlin v. Helman, 123 F.3d 429, 433 (7th Cir. 1997).

ORDER

IT IS ORDERED that petitioner's 28 U.S.C. § 2255 motion is DENIED.

Entered this 4th day of January, 2008.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge